UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Rianne R. Fisher, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Bridgestone Retail Operations, LLC, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:18-2974-MGL-PJG |

### AFFIDAVIT OF CHARLES ROBERT HERRINGTON

Charles Robert Herrington, first being duly sworn, states the following:

1. I am over the age of eighteen (18) years-old and the matters set forth herein are of my own personal knowledge unless otherwise indicated.

2. I worked for Firestone Complete Auto Care for approximately 20 years.

3. I began working for the Firestone Complete Auto Care retail outlet on Two Notch Road in Columbia, South Carolina, over a year and half ago as the Service Manager.

4. I wasn't on the clock but I was at the store helping to resolve an issue with a vehicle on July 5, 2017 which was Rianne Fisher's first day on the job.

5. I have reviewed the BSRO On-boarding form attached as Exhibit A to the Affidavit of Bridgestone Applications Developer Timothy Lange filed by the defendant with the Court on December 7, 2018. I am very familiar with this form and the process involved in completing it.

6. The UID Number is the "universal identification number" assigned to every new employee. It is assigned to the new employee by the district office.

7. The employee is unaware of the number until it is given to them by the store manager.

8. The store manager for the Two Notch location on July 5, 2017 was Rick Lewis.

9. I personally observed Rick Lewis complete Rianne Fisher's On-boarding form which is Exhibit A to the Affidavit of Timothy Lange.

10. Rianne Fisher did not complete the On-boarding form.

FURTHER AFFIANT SAYETH NOTHING.

_____   12/10/18
Charles Robert Herrington            Date

Sworn to and subscribed
Before me this 10th day
of December 2018.

BY _Miranda Howes_
Notary Public for the State of South Carolina

My Commission Expires: 8/17/2029

2